NO. SCMF-12-0000538

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

In the Matter of the
FEBRUARY 2013 EXAMINATION FOR ADMISSION
TO THE BAR OF THE STATE OF HAWAI'I

NOTICE OF PASSING THE HAWAI'I BAR EXAMINATION

The applicants listed below are hereby notified that each has passed the

February 2013 Hawai'i examination for admission to the Bar of the State of Hawai'i, as

required by Rule 1.3(g)(1) of the Rules of the Supreme Court of the State of Hawai'i

(RSCH):

Randall Winston Bew Albright
Masayo Kimoto Allen
Andrew Singer Borrok
Bradley Leon Bradshaw
Rita-Marie Angelic Brady
John Andrew Brannon
Celene Shi-Ling Chan
Adam Ryan Chang
Randy Scott Keoni Justo Compton
Jeanine Orinza Cornwell
Mary Coppinger Cutler
Cynthia Beth Davidson
Todd Jeo Meyer Dickenson

Matthew David Dickerson
Carroll Dean Dortch
Peter James Eicker
Farrah Amr El- Shawarby
Elizabeth Ann Escobar
Jason Howard Fieman
Paul John Finch
Linnea Kaleinaniokekai Forsythe
Stephen Lawrence Frye
Monette Agudo Galario
Michelle Lea Garfinkle
Catherine Elizabeth Gibson
Daniel Edward Goodrich

Sara Connery Hill
Jason Wallace Takeo Hirata
Austin Lauren Hsu
Kimberly Anne Aiko Ishimoto
Angela Kiyo Hagiwara Jacso
Richard Walter Jankowski
John Wesley Pohai Kealoha Kelly
Annie Marie Kopplin
Bernice Loretta Carter Krause
Ashley Kristina Vitin Labasan
Jeremy Lakin
Lance Paul Larsen, Jr.
Erin Naomi Lau
Justin Chun Lee
Nicholas John Lezak
Constance Susan Manos Martin
Melissa Toshiko Marushige
William Francis McCullough
Tiare Mari Nakata
Daniel Joseph O'Meara
Aliza Roseann Hiroko Onuma
Mericia Nieves Palma Elmore
August John Petropulos
David Michael Plona
Jeremy Ira Pollack

David Finn Pressly
Maila Margarita Manuel Rivad
Candra Shanelle Rivers
Ryan Kyle Rodoni
Brett Christopher Rowan
Fred Joseph Seco, Jr.
Kristen Catherine Spees
Gary Lee Stanley, Jr.
Robert Lee Stone
Lori-Ann Yoshiko Mei Ling Sun
Raymond Tze-Yi Sung
Aitofele Benjamin Sunia
Daylan Kealii Yoshikazu Takahashi
Bryce Riki Tanaka
Darren Lynn Thompson
Melissa Timoshchik
Justin Yi-Da Tsai
Mari Lynn Tsukayama
Derek Andrew Turbin
Phatchara Udomsin
Brianne Alyson Ullman
Alicia Jean Vagts
Kristie Marie Wrigglesworth
Eric Yau.
Eileen Christina Zorc

Each applicant is reminded that, until he or she has met all other requirements as set forth in RSCH Rule 1.3, and has been admitted to practice law by the Supreme Court of Hawai'i, that applicant may not engage in the practice of law in this jurisdiction.

DATED: Honolulu, Hawai'i, May 13, 2013.

BOARD OF EXAMINERS:

By: /s/ Rochelle R. Hasuko

Its Secretary

